# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-119-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| DOMINIQUE SEBASTIAN PARIS, | |
| Defendant. | |

This order refers Defendant's Motion to Change Plea (Doc. 86), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the change of plea hearing.

IT IS FURTHER ORDERED that the trial set for February 22, 2021 is **VACATED <u>for Defendant Paris only</u>**.

DATED this 4th day of February, 2021.

SUSAN P. WATTERS
United States District Judge

1