IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINIQUE SEBASTIAN PARIS,<br>CHAVONNA FRANCES MARIE GOUGH, and<br>CLIFFORD LEE BENNETT,<br><br>Defendants. | CR 19-119-BLG-SPW<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on September 10, 2020, the defendant Gough entered a plea of guilty to count III of the indictment, which charged her with distribution of methamphetamine;

1

AND WHEREAS, on February 12, 2021, defendant Paris entered a plea of guilty to count II of the indictment, which charged him with possession with intent to distribute methamphetamine;

AND WHEREAS, on February 18, 2021, defendant Bennett entered a plea of guilty to a superseding information, which charged him with possession with intent to distribute methamphetamine;

AND WHEREAS, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, beginning on March 12, 2021, and ending on April 10, 2021, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- Kimber model Ultra Crimson Carry II, .45 caliber handgun S/N KU316902

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 20th day of May, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge